# Court of Appeals
# of the State of Georgia

ATLANTA, August 19, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1885. IN RE: ESTATE OF OTIS A. YOUNG, DECEASED.**

This appeal was docketed in this Court on May 23, 2025. The appellant requested and received five extensions of time in which to file an appellant's brief. Per the last order granting an extension, the appellants were advised that the brief was due no later than August 14, 2025. As of the date of this order, no brief has been submitted. Accordingly, the appeal is DISMISSED. Court of Appeals Rule 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/19/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*